[No. 4069-1.    Division One.    June 14, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MAYWOOD WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71278, David C. Hunter, J., entered July 23, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Andersen, JJ.

[No. 1706-3.    Division Three.    June 18, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN E. TROOPE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23408, George T. Shields, J., entered September 3, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1444-3.    Division Three.    June 18, 1976.]

*In the Matter of the Welfare of*
JAMES HOLBROOK, ET AL.

Appeal from a judgment of the Superior Court for Lincoln County, No. J-678, Richard J. Ennis, J., entered March 4, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3129-1.    Division One.    June 21, 1976.]

JANET MAY BARDON, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 769747, Edward E. Henry, J., entered July 29, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, J., and Johnson, J. Pro Tem.